William J. Edelman (CA Bar No. 285177)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (771) 474-1121
wedelman@milberg.com

Jarrett Lee Ellzey (admitted *pro hac vice*)
ELLZEY KHERKHER SANFORD
MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com

Rohit D. Nath (SBN 316062)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Rom Bar-Nissim (SBN 293356)
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836
Rom@HeahBarNissim.com

*Attorneys for Plaintiffs and the Proposed
Class [additional names in signature block]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, GOLFHOLICS, INC., AND NICOLE CHMURA each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SNAP INC.,<br><br>Defendant. | Case No. 2:26-cv-00754-AB-MBK<br><br>Honorable André Birotte Jr.<br><br>**STIPULATION TO APPOINT SUSMAN GODFREY L.L.P. AS INTERIM CO-LEAD COUNSEL AND TO CONTINUE HEARING AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:  July 10, 2026<br>Time:  10:00 AM PT<br>Place:  Courtroom 7B<br><br>Consolidated Complaint Filed: April 13, 2026 |

Plaintiffs Ted Entertainment, Inc. ("TEI"), Matt Fisher, Golfholics, Inc., and Nicole Chmura (collectively, "Plaintiffs"), by and through their undersigned counsel, and Snap Inc. ("Defendant," together with "Plaintiffs" referred to as the "Parties"), by and through its undersigned counsel, hereby stipulate and agree, subject to Court approval as follows:

WHEREAS, on April 15, 2026, this Court appointed Ellzey Kherkher Sanford Montgomery LLP ("EKSM") and Milberg, PLLC ("Milberg") as Interim Co-Lead Counsel. *See* Doc. No. 38;

WHEREAS, on June 1, 2026, counsel for Susman Godfrey L.L.P. filed notices of appearance in this matter on behalf of Plaintiffs. *See* Doc. Nos. 45, 46, 47; *see also* Doc. No. 48 (*pro hac vice* application);

WHEREAS, Plaintiffs' counsel agree that Susman Godfrey L.L.P., the resume of which is attached hereto as Exhibit A, shall be designed as Interim Co-Lead Counsel for Plaintiffs, along with EKSM and Milberg, in the consolidated action;

WHEREAS, Defendant takes no position and does not join or oppose Plaintiffs' request for appointment of Interim Co-Lead Class Counsel;

WHEREAS, on April 15, 2026, this Court also adopted case management deadlines, which set a hearing on Defendant's then-forthcoming, now filed, Motion to Dismiss Plaintiffs' Consolidated Complaint on July 10, 2026, and which continued the Initial Case Management Conference until after the Court's ruling on the Defendant's forthcoming motion to dismiss. (Doc. No. 38);

WHEREAS, on May 12, 2026, this Court further issued an order setting a scheduling conference on July 10, 2026, at 10:00 a.m., the same day as the hearing on Defendant's Motion to Dismiss. (Doc. No. 43);

WHEREAS, counsel for Plaintiffs have pre-scheduled travel that conflicts with the current date of July 10, 2026, for the hearing on Defendant's Motion to

1

Stipulation to Appoint Susman Godfrey L.L.P. as Co-Lead Class Counsel and to Continue
Hearing and Initial Case Management Conference
Case No.: 2:26-cv-00754-AB-MBK

Dismiss and the Parties' Initial Case Management Conference, and respectfully requests a continuance;

WHEREAS, Defendant does not oppose Plaintiffs' requested continuance, and the Parties are both available for a hearing on the Motion to Dismiss on July 17, 2026, without any other changes to the deadlines related to the Motion to Dismiss;

WHEREAS, the Parties have further agreed and respectfully request that the Initial Case Management Conference be continued to a date set by the Court following the ruling on Defendants' Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, to appoint Susman Godfrey L.L.P. as Interim Co-Lead Class Counsel and continue the hearing on Defendant's Motion to Dismiss and the Initial Case Management Conference pursuant to the following terms:

1.      Pursuant to Plaintiffs' request, on which Defendant takes no position, Susman Godfrey L.L.P. shall be appointed as Co-Lead Class Counsel for Plaintiffs in the Consolidated Action, in addition to EKSM and Milberg.

2.      Pursuant to Plaintiffs' request, on which Defendant takes no position, Interim Co-Lead Class Counsel, including Susman Godfrey L.L.P., shall continue to have the authority to act on behalf of all Plaintiffs in the Consolidated Action in all matters relating to pretrial proceedings, trial, and settlement. Interim Co-Lead Class Counsel shall coordinate the prosecution of the action, assign work among Plaintiffs' counsel as necessary to ensure efficiency, and take such steps as are reasonably necessary to avoid duplication of effort and promote the orderly conduct of this litigation.

3.      Pursuant to Plaintiffs' request, on which Defendant takes no position, Interim Co-Lead Class Counsel shall continue to be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, discovery request, or

other filing shall be initiated or filed on behalf of any Plaintiff except through Interim Co-Lead Class Counsel or with their prior authorization.

4.    Pursuant to Plaintiffs' request, on which Defendant takes no position, Defendant may continue to rely on all agreements made with Interim Co-Lead Class Counsel, or their duly authorized representatives, and such agreements shall be binding on all Plaintiffs in the Consolidated Action.

5.    The Parties request the hearing on Defendant's Motion to Dismiss be continued from July 10, 2026, to July 17, 2026.

6.    The Parties further request that the Initial Case Management Conference scheduled for July 10, 2026 be vacated and continued to a date set by the Court following the ruling on Defendant's Motion to Dismiss.

7.    Pursuant to the Court's Standing Order for Civil Cases, this stipulation is supported by the Declaration of Rohit D. Nath setting forth the reasons for the requested modifications. A proposed order is also submitted herewith.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 4, 2026

By: /s/ *Rohit D. Nath*
SUSMAN GODFREY LLP
Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com
SFrazier@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (*pro hac vice application forthcoming*)
SUSMAN GODFREY L.L.P

3

1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

Morgan McCollum (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
Telephone: (212) 471-8344
MMcCollum@susmangodfrey.com

William J. Edelman (CA Bar No. 285177)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (771) 474-1121
wedelman@milberg.com

Michael A. Acciavatti (*pro hac vice* forthcoming)
MILBERG, PLLC
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
macciavatti@milberg.com

Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (admitted *pro hac vice*)
Tom Kherkher (admitted *pro hac vice*)

Stipulation to Appoint Susman Godfrey L.L.P. as Co-Lead Class Counsel and to Continue
Hearing and Initial Case Management Conference
Case No.: 2:26-cv-00754-AB-MBK

Leigh S. Montgomery (admitted *pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

*Attorneys for Plaintiffs*

Dated: June 8, 2026

By: /s/ *Joseph Gratz*
Daralyn J. Durie (CA SBN 169825)
Ddurie@Mofo.com
Joseph Gratz (CA SBN 240676)
Jgratz@Mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Carolyn M. Homer (CA SBN 286441)
CMHomer@mofo.com
Kathryn c. Thornton (pro hac vice)
KThornton@mofo.com
Aditya V. Kamdar (CA SBN 324567)
akamdar@mofo.com
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, D.C. 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

Benjamin J. Fox (CA SBN 193374)
bfox@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Attorneys for Defendant Snap Inc.*

5

## C.D. Cal. Local Rule 5-4.3.4(a)(2)(i) Attestation

I, Rohit Nath, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 8, 2026                                 /s/ *Rohit D. Nath*
                                                    Rohit D. Nath

Stipulation to Appoint Susman Godfrey L.L.P. as Co-Lead Class Counsel and to Continue
Hearing and Initial Case Management Conference
Case No.: 2:26-cv-00754-AB-MBK