William J. Edelman (CA Bar No. 285177)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (771) 474-1121
wedelman@milberg.com

Jarrett Lee Ellzey (admitted *pro hac vice*)
ELLZEY KHERKHER SANFORD
MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com

Rohit D. Nath (SBN 316062)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, GOLFHOLICS, INC., AND NICOLE CHMURA each individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:26-cv-00754-AB-MBK <br><br> Honorable André Birotte Jr. <br><br> **DECLARATION OF ROHIT D. NATH IN SUPPORT OF JOINT STIPULATION** <br><br> Date: July 10, 2026 <br> Time: 10:00 AM PT <br> Place: Courtroom 7B <br><br> Consolidated Complaint Filed: April 13, 2026 |

I, Rohit D. Nath, declare as follows:

1.     I am a partner at Susman Godfrey L.L.P., counsel for Plaintiffs in this action. I have personal firsthand knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto. I submit this declaration in support of the Parties' Stipulation to Appoint Susman Godfrey L.L.P. as Interim Co-Lead Counsel and to Continue Hearing and Initial Case Management Conference.

2.     On April 15, 2026, this Court adopted case management deadlines, which set a hearing on Snap's then-forthcoming Motion to Dismiss Plaintiffs' Consolidated Complaint on July 10, 2026, and which continued the Initial Case Management Conference until after the Court's ruling on the Defendant's forthcoming motion to dismiss. (Doc. No. 38).

3.     I have pre-scheduled international travel that conflicts with the current July 10, 2026 date for the hearing on Snap's Motion to Dismiss and the Parties' Initial Case Management Conference. We have conferred with Snap about a brief continuance.

4.     Snap does not oppose Plaintiffs' requested continuance, and the Parties are both available for a hearing on the Motion to Dismiss on July 17, 2026, without any other changes to the deadlines related to the Motion to Dismiss.

5.     The Parties have further agreed and respectfully request that the Initial Case Management Conference be continued to a date set by the Court following the ruling on Defendants' Motion to Dismiss.

Respectfully submitted,

Dated: June 8, 2026

By: /s/ *Rohit D. Nath*
SUSMAN GODFREY L.L.P.
Rohit D. Nath (SBN 316062)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

1

Declaration of Rohit D. Nath in Support of Joint Stipulation
Case No.: 2:26-cv-00754-AB-MBK

Los Angeles, CA 90067
Telephone: (310) 432-2836


*Attorney for Plaintiffs*

Declaration of Rohit D. Nath in Support of Joint Stipulation
Case No.: 2:26-cv-00754-AB-MBK