**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, GOLFHOLICS, INC., AND NICOLE CHMURA each individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SNAP INC., <br><br> Defendant. | Case No. 2:26-cv-00754-AB-MBK <br><br> Honorable André Birotte Jr. <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO APPOINT SUSMAN GODFREY L.L.P. AS INTERIM CO-LEAD COUNSEL AND TO CONTINUE HEARING AND INITIAL CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the Parties' Stipulation to Appoint Susman Godfrey L.L.P. as Interim Co-Lead Counsel and to Continue Hearing and Initial Case Management Conference ("Stipulation"). For the reasons identified in that Stipulation and good cause appearing, the Court HEREBY ORDERS that:

1. Susman Godfrey L.L.P. is appointed as Interim Co-Lead Class Counsel for Plaintiffs in the Consolidated Action, in addition to previously-appointed Interim Co-Lead Class Counsel Ellzey Kherkher Sanford Montgomery LLP and Milberg, PLLC.

2. Interim Co-Lead Class Counsel shall continue to have the authority to act on behalf of all Plaintiffs in the Consolidated Action in all matters relating

to pretrial proceedings, trial, and settlement. Interim Co-Lead Class Counsel shall coordinate the prosecution of the action, assign work among Plaintiffs' counsel as necessary to ensure efficiency, and take such steps as are reasonably necessary to avoid duplication of effort and promote the orderly conduct of this litigation.

3.  Interim Co-Lead Class Counsel shall continue to be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, discovery request, or other filing shall be initiated or filed on behalf of any Plaintiff except through Interim Co-Lead Class Counsel or with their prior authorization.

4.  Defendant may rely on all agreements made with Interim Co-Lead Class Counsel, or their duly authorized representatives, and such agreements shall be binding on all Plaintiffs in the Consolidated Action.

5.  The hearing on Defendant's Motion to Dismiss will be continued from July 10, 2026, to July 17, 2026.

6.  The Initial Case Management Conference scheduled for July 10, 2026 is vacated and shall be re-set by the Court following the ruling on Defendant's Motion to Dismiss.

IT IS SO ORDERED.

DATED: _____, 2026


_____

The Honorable André Birotte Jr.

United States District Judge