UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


CIVIL MINUTES - GENERAL


| Case No.: | 2:26-cv-00754-AB-MBK | Date: | July 17, 2026 |
|---|---|---|---|

| Title: | *Ted Entertainment, Inc. et al v. Snap Inc.* |
|---|---|

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Morgan A.L. McCollum (pro hac) | Joseph Charles Gratz |
| Michael Gervais | Daniel Mello |
| Rohit D. Nath | |
| Thomas J. Kherkher (pro hac) | |
| William Edelman | |

**Proceedings:**   **DEFENDANT SNAP INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT [42]**

The matter is called and counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

00  :  43