DARALYN J. DURIE (CA SBN 169825)
DDurie@mofo.com
JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
DANIEL R. MELLO, JR. (CA SBN 325714)
DMello@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

CAROLYN M. HOMER (CA SBN 286441)
CMHomer@mofo.com
KATHRYN C. THORNTON (*pro hac vice*)
KThornton@mofo.com
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, D.C. 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Attorneys for Defendant*
SNAP INC.

*(Counsel continued on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

TED ENTERTAINMENT, INC., MATT FISHER, GOLFHOLICS, INC., AND NICOLE CHMURA, each individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SNAP INC.,

Defendant.

Case No. 2:26-cv-00754-AB-MBK

Judge: Hon. André Birotte Jr.

**ANSWER TO CONSOLIDATED CLASS ACTION COMPLAINT**

Action Filed: January 23, 2026
Trial Date: None

BENJAMIN J. FOX (CA SBN 193374)
bfox@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200
Fax: 213.892.5454

Attorneys for Defendant
SNAP INC

Defendant Snap Inc. ("Snap" or the "Defendant"), by and through its undersigned counsel, submits the following answer to Plaintiffs' Consolidated Class Action Complaint ("CAC").

Snap states that the headings and sub-headings throughout the CAC do not constitute well-pleaded allegations of fact and, therefore, require no response. To the extent that a response is deemed required, Snap denies the allegations contained in the CAC's headings and sub-headings.

Snap denies all allegations in the CAC that are not explicitly admitted and otherwise answers as follows:

## NATURE OF THE ACTION

1. Snap admits that Plaintiffs have brought a putative class action lawsuit under 17 U.S.C. § 1201(a). Otherwise, denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

8. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

9. Denied.

10. Denied.

11. Denied.

12. Snap admits that copyright registration is not listed in the statute as an element of a claim under 17 U.S.C. § 1201(a). Snap otherwise lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

13. Denied.

14. Snap admits that it has downloaded audiovisual material from YouTube and used material from YouTube to train certain AI features. Otherwise, denied.

15. Denied.

16. Denied.

**THE PARTIES**

17. Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

18. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

19. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

20. Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

21. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

22. Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

23. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

24. Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

25. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

26. Admitted.

## JURISDICTION AND VENUE

27. Snap does not dispute subject matter jurisdiction. Snap denies any remaining allegations in this paragraph.

28. The CAC does not assert any state-law claims and therefore no response to the allegations in this paragraph is required. To the extent a response is deemed required, Snap denies the allegations.

29. Solely for purposes of this matter, Snap does not dispute that personal jurisdiction is proper in this District. Snap admits that its principal place of business is in Santa Monica, California, and denies any remaining allegations in this paragraph.

30. Snap admits that it resides in this District and that venue for this matter is proper in this District. Snap denies any remaining allegations in this paragraph.

31. The allegations in this paragraph do not require a response. To the extent a response is deemed required, Snap denies the allegations.

## FACTUAL BACKGROUND

32. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

33. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

34. Snap admits that individuals can watch and listen to videos for free on YouTube. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

35. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

36. Snap admits that YouTube permits members of the public to view audiovisual works online. To the extent that the allegations in this paragraph

concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

37. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

38. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

39. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

40. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

41. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

42. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

43. Denied.

44. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

45. Denied.

46. Denied.

47. Snap admits that it has downloaded audiovisual material from YouTube. Otherwise, denied.

48. Denied.

49. Denied.

50. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

51. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

52. Denied.

53. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

54. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

55. Denied.

56. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

57. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

58. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

59. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

60. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

61. Denied.

62. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

63. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

64. Snap admits that yt-dlp can be used to download audiovisual materials from the internet. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems or yt-dlp, Snap lacks knowledge or

information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

65. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

66. To the extent that the allegations in this paragraph purport to summarize or characterize YouTube's technical systems or YouTube's Terms of Service, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

67. Snap admits that through YouTube's Terms of Service, content creators grant YouTube and its users certain rights to their content. To the extent that the allegations in this paragraph characterize YouTube's Terms of Service, the Terms of Service speak for themselves. Snap denies any remaining allegations in this paragraph.

68. Denied.

69. Denied.

70. Denied.

71. Snap admits that the article cited in this paragraph contains the quoted statements attributed to Neal Mohan. Snap denies any remaining allegations in this paragraph.

72. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, or the operative Terms of Service, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

73. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

74. Denied.

75. Snap admits that it used data to train generative AI models. Snap denies any remaining allegations in this paragraph.

76. Snap admits that it downloaded certain videos from YouTube. Snap denies any remaining allegations in this paragraph.

77. Snap admits that one or more of its AI features generates video from user text prompts. Snap also admits that the article cited in this paragraph contains the quoted statements attributed to a Snap spokesperson. Snap denies any remaining allegations in this paragraph.

78. Denied.

79. Snap admits that one or more of its AI features generates video from user text prompts. Snap denies any remaining allegations in this paragraph.

80. Snap admits that the Panda-70M dataset was created using videos identified in HD-VILA-100M. To the extent that the allegations in this paragraph concern the creation of HD-VILA-100M, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

81. Snap admits that HD-VILA-100M and Panda-70M include references identifying YouTube videos and clips and do not contain audiovisual files. Snap denies any remaining allegations in this paragraph.

82. Snap admits that individuals can watch and listen to videos on YouTube. Snap admits that it downloaded certain videos from YouTube. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or

deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

83. Snap admits that HD-VILA-100M and Panda-70M include references identifying YouTube videos and portions thereof. Snap admits that training sometimes operates on portions of videos, rather than entire videos. Snap denies any remaining allegations in this paragraph.

84. Snap admits that the HD-VILA-100M dataset references roughly 100 million video clips derived from YouTube videos. To the extent that the allegations in this paragraph characterize the cited article, the article speaks for itself. To the extent that the allegations in this paragraph concern the technical details of the HD-VILA-100M dataset, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

85. Snap admits that the license cited in this paragraph contains the quoted statements. Snap denies any remaining allegations in this paragraph.

86. Snap admits that the HD-VILA-100M dataset does not contain video files. Snap denies any remaining allegations in this paragraph.

87. Denied.

88. Snap admits that it obtained and used information in the HD-VILA-100M dataset. Snap denies any remaining allegations in this paragraph.

89. Snap admits that it created and published the Panda-70M dataset, which curated 3.8 million videos from HD-VILA-100M and split them into approximately 70.8 million semantically consistent video clips, paired with captions generated for each clip. Snap denies any remaining allegations in this paragraph.

90. Snap admits that it created and published the Panda-70M dataset and published the paper cited in this paragraph in 2024, which listed several Snap employees as co-authors. Snap admits that the license on GitHub cited in this

paragraph contains the quoted statements. Snap denies any remaining allegations in this paragraph.

91. Denied.

92. Snap admits that HD-VILA-100M and Panda-70M include references identifying YouTube videos and clips and do not contain audiovisual files themselves. Snap admits that it downloaded certain videos from YouTube. Snap denies any remaining allegations in this paragraph.

93. To the extent that the allegations in this paragraph concern Plaintiffs' knowledge, beliefs, or anticipated discovery, no response is required. Snap denies any remaining allegations in this paragraph.

94. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. To the extent that the allegations in this paragraph purport to state or characterize applicable law, the statute cited speaks for itself. Snap denies any remaining allegations in this paragraph.

95. Denied.

96. Snap admits that it downloaded audiovisual material from YouTube and that Snap used material from YouTube to train certain generative AI models. Snap denies any remaining allegations in this paragraph.

97. Snap admits that it downloaded certain videos from YouTube. Snap denies any remaining allegations in this paragraph.

98. Snap admits that it downloaded certain videos from YouTube. Snap denies any remaining allegations in this paragraph.

99. Snap admits that it used a version of yt-dlp or similar software to download certain videos from YouTube. Snap denies any remaining allegations in this paragraph.

100. Snap admits that it used a version of yt-dlp or similar software to download certain videos from YouTube. Snap denies any remaining allegations in this paragraph.

101. Snap admits that yt-dlp can be used to download videos from YouTube, including the audio and visual material comprising the video. Snap also admits that yt-dlp can be directed at a video via the corresponding URL. Snap denies any remaining allegations in this paragraph.

102. Snap admits that it used a version of yt-dlp or similar software to download certain videos from YouTube. Snap denies any remaining allegations in this paragraph.

103. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

104. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

105. Snap admits that it used Amazon Web Services infrastructure in connection with downloading certain videos from YouTube. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

106. Denied.

107. Denied.

108. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information

sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

109. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

110. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

111. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

112. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

113. Snap admits that it downloaded audiovisual material from YouTube and that Snap used material from YouTube to train certain generative AI models. Snap denies any remaining allegations in this paragraph.

114. Denied.

115. To the extent that the allegations in this paragraph purport to state or characterize applicable law, the statute cited speaks for itself. Snap denies any remaining allegations in this paragraph.

116. Denied.

117. Snap admits that prior to downloading the audiovisual material described in the Panda-70M dataset, Snap did not seek authorization to do so or compensate any alleged rightsholders. Otherwise, denied.

118. To the extent that the allegations in this paragraph concern Plaintiffs' or putative Class Members' reasons for using YouTube, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

119. Denied.

120. To the extent that the allegations in this paragraph concern Plaintiffs or putative Class Members, Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems and/or advertising model, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

121. To the extent that the allegations in this paragraph concern Plaintiffs or putative Class Members, Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems and/or subscription monetization system, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

122. To the extent that the allegations in this paragraph concern Plaintiffs or putative Class Members, Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems and/or Partner Program, Snap lacks knowledge or information sufficient to admit

or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

123. To the extent that the allegations in this paragraph concern Plaintiffs or putative Class Members, Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

124. Denied.

125. Snap admits that it possesses audiovisual material downloaded from YouTube. To the extent that the allegations in this paragraph concern Plaintiffs or putative Class Members, Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

126. To the extent that the allegations in this paragraph concern Plaintiffs or putative Class Members, Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

127. Snap admits that HD-VILA-100M and Panda-70M include references identifying YouTube videos and clips and do not contain audiovisual files. To the extent that the allegations in this paragraph purport to state or characterize applicable law, the statutes and authorities cited speak for themselves. Snap denies any remaining allegations in this paragraph.

128. To the extent that the allegations in this paragraph concern Plaintiffs' or putative Class Members' knowledge or notice, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap admits that HD-VILA-100M and Panda-70M include references

identifying YouTube videos and clips, including URLs. Snap denies any remaining allegations in this paragraph.

129. To the extent that the allegations in this paragraph concern Plaintiffs' or putative Class Members' knowledge, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

130. Denied.

131. To the extent that the allegations in this paragraph concern the knowledge and actions taken by Plaintiffs or putative Class Members to investigate the alleged conduct, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

132. Denied.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

## CLAIM FOR RELIEF

145. This paragraph incorporates by reference the preceding factual allegations, and thus no response is required. To the extent this paragraph calls for a response, Snap incorporates by reference its responses to paragraphs 1–144.

146. Snap lacks knowledge or information sufficient to admit or deny the allegations in this paragraph, and on that basis denies them.

147. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

148. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

149. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

150. To the extent that the allegations in this paragraph purport to state or characterize applicable law, the statute cited speaks for itself. Snap denies any remaining allegations in this paragraph.

151. To the extent that the allegations in this paragraph concern Plaintiffs or putative Class Members, Snap lacks knowledge or information sufficient to admit or deny the allegations, and on that basis denies them. To the extent that the allegations in this paragraph concern the operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

156. Denied.

157. To the extent that the allegations in this paragraph concern the location or operation of YouTube's technical systems, Snap lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies them. Snap denies any remaining allegations in this paragraph.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

## JURY DEMAND

162. With respect to Plaintiffs' jury demand, Snap states that no response is required. To the extent a response is deemed required, Snap denies that Plaintiffs' claims are properly triable to a jury.

## DEFENSES

In further answer to the allegations made by Plaintiffs in their CAC, Snap asserts the following defenses. Snap does not concede that it has the burden of proof on the defenses listed below:

### FIRST AFFIRMATIVE DEFENSE

### (Authorization)

Plaintiffs' claims fail, in whole or in part, to the extent the alleged conduct was undertaken with the express or implied authority of the applicable copyright owner.

**SECOND AFFIRMATIVE DEFENSE**

**(No Awareness of Violation)**

Without waiver of any privilege, Plaintiffs' recovery is barred or limited because Snap was not aware and had no reason to believe that any conduct at issue constituted a violation of § 1201.

**THIRD AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

Plaintiffs' recovery is barred or limited because Plaintiffs bring this action with unclean hands. On information and belief, Plaintiffs have accessed, downloaded, and used audiovisual material from YouTube, including outside the authorized playback environment. To be clear, Snap does not contend that doing so creates liability under § 1201, but that to the extent that Plaintiffs contend otherwise, Plaintiffs have engaged in such conduct.

Dated: September 2, 2026

MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
Daralyn J. Durie
Joseph C. Gratz

*Attorneys for Defendant*
SNAP INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 2, 2026.

*/s/ Joseph C. Gratz*
Joseph C. Gratz