Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*pro hac vice*)
Tom Kherkher (*pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel on signature page)

Daralyn J. Durie (SBN 169825)
Joseph C. Gratz (SBN 240676)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
DDurie@mofo.com
JGratz@mofo.com

Carolyn M. Homer (SBN 286441)
Kathryn C. Thornton (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, D.C. 20037
Telephone: (202) 887-1500
CMHomer@mofo.com
KThornton@mofo.com

*Attorneys for Defendant Snap Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

TED ENTERTAINMENT, INC., MATT FISHER, GOLFHOLICS, INC., AND NICOLE CHMURA each individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

SNAP INC.,

Defendant.

Case No. 2:26-cv-00754-AB-MBK

Honorable André Birotte Jr.

**JOINT STIPULATION OF DISMISSAL OF GOLFHOLICS, INC. WITHOUT PREJUDICE**

WHEREAS, Golfholics, Inc. is a named Plaintiff in this litigation;

WHEREAS, the parties agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Golfholics, Inc. will dismiss its claims against Defendant Snap Inc., without prejudice to participate and/or recover as a class member in this action, with each party responsible for their attorneys' fees and costs;

WHEREAS, the parties agree that this dismissal applies only to Golfholics, Inc. and no other named Plaintiff;

WHEREAS, counsel for Golfholics, Inc. represent that Golfholics, Inc. will not be added (or seek to be added) as a named plaintiff to this litigation at any point in the future;

NOW THEREFORE the parties stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Golfholics, Inc. is dismissed without prejudice to participate and/or recover as a class member in this action, with each party responsible for their attorneys' fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 7, 2026

By: /s/ *Morgan McCollum*

SUSMAN GODFREY LLP
Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

MGervais@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

Morgan McCollum (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
Telephone: (212) 471-8344
MMcCollum@susmangodfrey.com

William J. Edelman (CA Bar No. 285177)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (771) 474-1121
wedelman@milberg.com

Michael A. Acciavatti (*pro hac vice* forthcoming)
MILBERG, PLLC
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
macciavatti@milberg.com

Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067

Telephone: (310) 432-2836

Jarrett Lee Ellzey (admitted *pro hac vice*)
Tom Kherkher (admitted *pro hac vice*)
Leigh S. Montgomery (admitted *pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

*Attorneys for Plaintiffs*

Dated: October 7, 2026

By: /s/ Joseph Gratz

Daralyn J. Durie (CA SBN 169825)
Ddurie@Mofo.com
Joseph Gratz (CA SBN 240676)
Jgratz@Mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Carolyn M. Homer (CA SBN 286441)
CMHomer@mofo.com
Kathryn c. Thornton (pro hac vice)
KThornton@mofo.com
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, D.C. 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

Benjamin J. Fox (CA SBN 193374)
bfox@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Attorneys for Defendant Snap Inc.*

**C.D. Cal. Local Rule 5-4.3.4(a)(2)(i) Attestation**

I, Morgan McCollum, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 7, 2026

/s/ *Morgan McCollum*
Morgan McCollum