# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

TED ENTERTAINMENT, INC., MATT FISHER, AND NICOLE CHMURA each individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

SNAP INC.,

Defendant.

Case No. 2:26-cv-00754-AB-MBK

Honorable André Birotte Jr.

**[PROPOSED] ORDER SETTING DEADLINES FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION**

The Court, having reviewed the parties' Joint Stipulation to Set Deadlines for Summary Judgment and Class Certification HEREBY ORDERS that:

1. Defendant's motion for summary judgment will be briefed and heard prior to Plaintiffs' motion for class certification, subject to the following schedule:

| **Event** | **Deadline** |
|---|---|
| Opening Summary Judgment & *Daubert* Briefing Due | June 2, 2028 |
| Opposition to Summary Judgment & *Daubert* Briefing Due | July 21, 2028 |
| Reply to Summary Judgment & *Daubert* Briefing Due | August 18, 2028 |
| Hearing on Summary Judgment & *Daubert* Motions | September 15, 2028 |
| Motion for Class Certification | December 15, 2028 |
| Opposition to Motion for Class Certification | January 26, 2029 |
| Reply to Motion for Class Certification | March 2, 2029 |
| Hearing on Motion for Class Certification | March 23, 2029 |

2. Defendant has expressly waived whatever protections to which it would otherwise be entitled under the "one-way intervention" rule with respect to its forthcoming summary judgment motion. *See, e.g.*, *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 547 (1974).

3. There are no present restrictions on the scope of class discovery, notwithstanding that summary judgment will be briefed before Plaintiffs' motion for class certification.

IT IS SO ORDERED

Dated:

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE