Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*pro hac vice*)
Tom Kherkher (*pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel on signature page)

Daralyn J. Durie (SBN 169825)
Joseph C. Gratz (SBN 240676)
Daniel R. Mello Jr. (SBN 325714)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
DDurie@mofo.com
JGratz@mofo.com

Carolyn M. Homer (SBN 286441)
Kathryn C. Thornton (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, D.C. 20037
Telephone: (202) 887-1500
CMHomer@mofo.com
KThornton@mofo.com

*Attorneys for Defendant Snap Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

TED ENTERTAINMENT, INC., et al.,

Plaintiffs,

vs.

SNAP INC.,

Defendant.

Case No. 2:26-cv-00754-AB-MBK

Honorable André Birotte Jr.

**JOINT STIPULATION TO SET DEADLINES FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION**

Plaintiffs Ted Entertainment, Inc. ("TEI"), Matt Fisher, and Nicole Chmura (collectively, "Plaintiffs"), by and through their undersigned counsel, and Snap Inc. ("Defendant," together with "Plaintiffs" referred to as the "Parties"), by and through its undersigned counsel, hereby stipulate and agree, subject to Court approval as follows.

The Parties consent and stipulate that Defendant's motion for summary judgment will be briefed and heard prior to Plaintiffs' motion for class certification, subject to the following schedule:

| Event | Deadline |
|---|---|
| Opening Summary Judgment & *Daubert* Briefing Due | June 2, 2028 |
| Opposition to Summary Judgment & *Daubert* Briefing Due | July 21, 2028 |
| Reply to Summary Judgment & *Daubert* Briefing Due | August 18, 2028 |
| Hearing on Summary Judgment & *Daubert* Motions | September 15, 2028 |
| Motion for Class Certification | December 15, 2028 |
| Opposition to Motion for Class Certification | January 26, 2029 |
| Reply to Motion for Class Certification | March 2, 2029 |
| Hearing on Motion for Class Certification | March 23, 2029 |

Defendant stipulates and agrees and hereby expressly waives whatever protections to which it would otherwise be entitled under the "one-way intervention" rule with respect to its forthcoming summary judgment motion. *See, e.g.*, *Am. Pipe & Const. Co. v. Utah*, 414 U.S. 538, 547 (1974).

Further, the Parties consent and stipulate that discovery is ongoing and that there are no present restrictions on the scope of class discovery, notwithstanding that summary judgment will be briefed before Plaintiffs' motion for class certification.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 23, 2026

By: /s/ *Rohit D. Nath*

SUSMAN GODFREY LLP
Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

Morgan McCollum (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
Telephone: (212) 471-8344
MMcCollum@susmangodfrey.com

William J. Edelman (CA Bar No. 285177)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212

Tel: (771) 474-1121
wedelman@milberg.com

Michael A. Acciavatti (*pro hac vice* forthcoming)
MILBERG, PLLC
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
macciavatti@milberg.com

Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (admitted *pro hac vice*)
Tom Kherkher (admitted *pro hac vice*)
Leigh S. Montgomery (admitted *pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

*Attorneys for Plaintiffs*

Dated: October 23, 2026

By: /s/ *Carolyn M. Homer*

Daralyn J. Durie (CA SBN 169825)
Ddurie@Mofo.com
Joseph Gratz (CA SBN 240676)
Jgratz@Mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Carolyn M. Homer (CA SBN 286441)
CMHomer@mofo.com
Kathryn C. Thornton (pro hac vice)
KThornton@mofo.com
**MORRISON & FOERSTER LLP**
2100 L Street NW, Suite 900
Washington, D.C. 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

Benjamin J. Fox (CA SBN 193374)
bfox@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Attorneys for Defendant Snap Inc.*

## C.D. Cal. Local Rule 5-4.3.4(a)(2)(i) Attestation

I, Rohit D. Nath, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 5, 2026

/s/ *Rohit D. Nath*
Rohit D. Nath