Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*pro hac vice*)
Tom Kherkher (*pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel on signature page)

Daralyn J. Durie (SBN 169825)
Joseph C. Gratz (SBN 240676)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
DDurie@mofo.com
JGratz@mofo.com

Carolyn M. Homer (SBN 286441)
Kathryn C. Thornton (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, D.C. 20037
Telephone: (202) 887-1500
CMHomer@mofo.com
KThornton@mofo.com

*Attorneys for Defendant Snap Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

TED ENTERTAINMENT, INC., GOLFHOLICS, INC., MATT FISHER, AND NICOLE CHMURA each individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

SNAP INC.,
Defendant.

Case No. 2:26-cv-00754-AB-MBK

Honorable André Birotte Jr.

**JOINT STIPULATION OF DISMISSAL OF TED ENTERTAINMENT, INC. WITHOUT PREJUDICE**

Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Nicole Chmura ("Plaintiffs") and Defendant Snap Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of Ted Entertainment, Inc. as follows:

WHEREAS, Ted Entertainment, Inc. is a named Plaintiff in this litigation;

WHEREAS, the Parties agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Ted Entertainment, Inc. will dismiss its claims against Defendant Snap Inc., without prejudice, including to participate and/or recover as a class member in this action, with each Party responsible for their attorneys' fees and costs;

WHEREAS, the Parties agree that this dismissal applies only to Ted Entertainment, Inc. and no other named Plaintiff;

WHEREAS, counsel for Ted Entertainment, Inc. represent that Ted Entertainment, Inc. will not be added (or seek to be added) as a named plaintiff to this litigation at any point in the future;

WHEREAS, Plaintiffs Matt Fisher and Nicole Chmura remain as named Plaintiffs;

WHEREAS, Snap reserves all rights to serve a third-party subpoena on Ted Entertainment, Inc., and Ted Entertainment, Inc. reserves all rights to oppose or move to quash any subpoena;

NOW THEREFORE the parties stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Ted Entertainment, Inc. is dismissed without prejudice, including to participate and/or recover as a class member in this action, with each party responsible for their attorneys' fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 13, 2026

By: /s/ *Rom Bar-Nissim*

HEAH BAR-NISSIM LLP
Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

SUSMAN GODFREY L.L.P.
Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

Morgan McCollum (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
Telephone: (212) 471-8344
MMcCollum@susmangodfrey.com

Alex Aiken (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street
Seattle, WA 98101

Telephone: (206) 516-3880
aaiken@susmangodfrey.com

William J. Edelman (CA Bar No. 285177)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (771) 474-1121
wedelman@milberg.com

Michael A. Acciavatti (*pro hac vice* forthcoming)
MILBERG, PLLC
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
macciavatti@milberg.com

Jarrett Lee Ellzey (admitted *pro hac vice*)
Tom Kherkher (admitted *pro hac vice*)
Leigh S. Montgomery (admitted *pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

*Attorneys for Plaintiffs*

Dated: November 13, 2026

By: */s/ Carolyn M. Homer*
MORRISON & FOERSTER LLP
Daralyn J. Durie (CA SBN 169825)
DDurie@mofo.com
Joseph Gratz (CA SBN 240676)
JGratz@mofo.com
425 Market Street

San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Carolyn M. Homer (CA SBN 286441)
CMHomer@mofo.com
Kathryn C. Thornton (*pro hac vice*)
KThornton@mofo.com
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, D.C. 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

Benjamin J. Fox (CA SBN 193374)
bfox@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Attorneys for Defendant Snap Inc.*

**C.D. Cal. Local Rule 5-4.3.4(a)(2)(i) Attestation**

I, Rom Bar-Nissim, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 13, 2026

/s/ *Rom Bar-Nissim*
Rom Bar-Nissim