**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TED ENTERTAINMENT, INC., GOLFHOLICS, INC., MATT FISHER, AND NICOLE CHMURA each individually and on behalf of all others similarly situated,

Plaintiff,

v.

SNAP, INC.,

Defendants.

Case No. 2:26-cv-00754-AB-MBK

**~~[PROPOSED]~~ ORDER TO AMEND CASE CAPTION TO REMOVE TED ENTERTAINMENT, INC. AND GOLFHOLICS, INC.**

Having considered the Parties' Joint Stipulation to Amend Case Caption to Remove Ted Entertainment, Inc. and Golfholics, Inc., the Court GRANTS the Stipulation and directs the clerk to amend the caption to remove Ted Entertainment, Inc. and Golfholics, Inc. as parties to this action. The above-captioned matter shall now read as follows:

**MATT FISHER and NICOLE CHMURA, each individually and on behalf of all others similarly situated,**

**Plaintiffs,**

**vs.**

**SNAP INC.**

**Defendant.**

IT IS SO ORDERED.

Dated: November 18, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE